STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant ROMERO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH ROMERO, <br><br> Defendants. | Case No. CR 19-008 CRB (EDL) <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION HEARING <br><br> UNDER SEAL |

FILED
JAN 24 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Defendant Joseph Romero made his initial appearance on January 23, 2019. At that time, the parties set the matter for a detention hearing on January 28, 2019, at 9:30 a.m. Unfortunately, defense counsel is not available on January 28th. Accordingly, the parties jointly request that the hearing be continued by one day to January 29, 2019 at 9:30 a.m.

SO STIPULATED.

January 24, 2019
Date

/S
RYAN REZAEI
Assistant U.S. Attorney

January 24, 2019
Date

/S
JODI LINKER
Attorney for Defendant Romero

IT IS SO ORDERED.

January 24, 2019
Date

ELIZABETH D. LAPORTE
United States Magistrate Judge