DAVID L. ANDERSON (CABN 149604)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

RYAN REZAEI (CABN 285133)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-008-CRB-TSH |
| Plaintiff, | [PROPOSED] ORDER DETAINING DEFENDANT PRIOR TO TRIAL |
| v. | |
| JOSEPH ROMERO, | |
| Defendant. | |

The Court held a detention hearing in the above-captioned matter on January 29, 2019. Before the hearing, pretrial services prepared and provided to the parties a report which included, among other things, the defendant's criminal history. Also, the parties gave oral argument.

Upon consideration of the pretrial services report and the proffers and arguments of the parties, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community. The Court finds particularly troubling the defendant's gang ties and his recent felony convictions, including his November 2018 conviction for assault with a deadly weapon resulting in a 24-month prison sentence. Accordingly, the Court orders the defendant detained pending trial.

This Order supplements the Court's findings at the detention hearing and serves as written

[PROPOSED] ORDER OF DETENTION     1
19-CR-008-CRB-TSH

findings of fact and statement of reasons, as required by 18 U.S.C. § 3142(i).

The Bail Reform Act of 1984 sets forth the factors the Court must consider in determining whether to detain a defendant pending trial. In reaching its decision, the Court considers the following factors:

(1)   the nature and seriousness of the offense charged;

(2)   the weight of the evidence against the person;

(3)   the history and characteristics of the person including, among other considerations, employment, past conduct and criminal history, and record of court appearances; and

(4)   the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

18 U.S.C. § 3142(g).

In considering the pretrial services report and the arguments of the parties, the Court finds that no combination of conditions can reasonably assure the safety of the community, as referenced above.

Accordingly, pursuant to 18 U.S.C. § 3142(i), IT IS HEREBY ORDERED THAT:

(1) defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

(2) defendant be afforded reasonable opportunity for private consultation with his counsel; and

(3) on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This Order is without prejudice to reconsideration at a later date if circumstances materially change.

IT IS SO ORDERED.

January __31___, 2019

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge